Commonwealth ex rel. Williams, Appellant, *v.* Myers.

Submitted June 10, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Charles J. Williams,* appellant, in propria persona.

*Ralph B. D'Iorio,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

OPINION PER CURIAM, September 12, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge TOAL of the Court of Common Pleas of Delaware County, as reported in 31 Pa. D. & C. 2d 136.